# Application Checklist
Judge Dena Hanovice Palermo

Case Number: __4:25-mj-0238__      ☑ *Check if emergency*

**Type of application**: *(check all that apply)*      *Agents are standing by*

| | |
|---|---|
| ☑ Criminal complaint<br>☐ Arrest warrant+<br>☑ Search/seizure warrant+ *(indicate type of search)*:<br>residence | ☐ Section 2703(d) order (historical info, not location)<br>☐ Pen register/trap & trace order (not location)<br>☐ Administrative inspection warrant<br>☐ Forfeiture<br>☐ Other<br>(specify): _____ |

+All fields in warrants must be populated: *i.e.*, date; city and state; judge's name and title; date the search warrant expires.

**Sworn to**

☐ in person      ☑ by telephone: use form AO 106A (Application for a Warrant by telephone); and supporting affidavit must indicate that it was sworn to telephonically

**Offense specified:** *(check all that apply)*

☐ Drugs          ☐ Fraud          ☐ Weapons          ☑ Immigration
☐ Sex offenses   ☐ Theft          ☐ Kidnapping        ☐ Tax
☐ Extortion/Racketeering   ☐ Fugitive/Escape/Supervised release
☐ Computer crime          ☐ Terrorism
☐ Other (specify): _____

**Sealing request:** ☐   *None*      **Delayed notice request** ☐

Duration:   ☐ 30 days   ☐ 90 days   ☐ 180 days*   ☐ Other _____

*Note: no application will be sealed for more than 180 days without a statutory reference or compelling circumstance; proposed order must include the duration. **The Court will not sign any proposed orders that do not include the duration.**

Grounds:   ☐ endangering life or physical safety of individual
           ☐ flight from prosecution
           ☐ evidence destruction/tampering
           ☐ witness intimidation
           ☐ otherwise seriously jeopardizing investigation or unduly delaying trial

☑ Initial request      ☐ Previous extensions (# and date) _____

Has this application been previously submitted for consideration?
☐ Yes     ☑ No

Date: _____   Action Taken: _____   Judge: _____

Agent's name: __SA Justin Vedder__      Phone#: __832-435-2186__

**I certify that the attached has been reviewed for compliance with Rules 3, 4, 4.1, and/or 41 of the Federal Rules of Criminal Procedure.**

AUSA Printed Name: __Jay Hileman__      Phone#: __713-703-9308__

AUSA Signature: __/s/ Jay Hileman__

*Revised 4/12/2022*

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*April 21, 2025*
Nathan Ochsner, Clerk of Court

United States of America
v.
JOHAN JAVI VILLALTA-ALMENDAREZ

)
)
)
)
)
)
)

Case No. **4:25-mj-0238**

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ April 21, 2025 _____ in the county of _____ Harris _____ in the
_____ Southern _____ District of _____ Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1253(a)(1)(C) | Connives or conspires, or takes any other action, designed to prevent or hamper or with the purpose of preventing or hampering the alien's departure pursuant to such |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Justin Vedder, ICE Deportation Officer
*Printed name and title*

Sworn to and signed telephonically.

_____
*Judge's signature*

Date: 04/21/2025

City and state: Houston, TX

Dena Hanovice Palermo, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Justin Vedder, being duly sworn by telephone, hereby depose and say:

(1)　I am a Deportation Officer with the United States Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ICE ERO), and have served in that capacity since September 2016. Prior to this assignment, I have held the following positions: US Customs and Border Protection Officer and Immigration Enforcement Agent. My law enforcement career began on January 26, 2004, as a US Customs and Border Protection Officer. I have over 21 years of immigration law enforcement experience.

(2)　On April 21, 2025, at approximately 0950 hours, ICE ERO attempted to apprehend Johan Javi Villalta-Almendarez. The Defendant also goes by the alias(s) of Johan Villata.

(3)　On December 07, 2015, a US Border Patrol Agent encountered the defendant and determined he entered the United States unlawfully. On this same date, the defendant was issued an I-862 Notice to Appear. On or about December 15, 2015, the defendant was released to the family member in Houston, TX. On March 7, 2016, the I-862 Notice to Appear was filed with the Executive Office of Immigration Review. On April 6, 2016, the defendant was ordered removed in absentia by an immigration judge in Houston, TX after failing to appear in court. The defendant has since failed to depart the United States as lawfully ordered by an immigration judge.

(4)　On March 18, 2025, ICE ERO attempted to apprehend the defendant at or near 3707 Lochmire Lane, Houston, TX 77039. ICE ERO attempted to perform a vehicle stop on the vehicle the defendant was driving, a white Toyota Camry, bearing the license plate number WBX5174. At the time that the vehicle stop was attempted, the defendant evaded the stop and fled at a high rate of speed through the neighborhood. ICE ERO ceased any arrest attempt, at that time.

(5)　On April 21, 2025, ICE ERO again attempted to apprehend the defendant at 3618 Charriton Dr, Houston, TX 77039. ICE ERO attempted to perform a vehicle stop on the vehicle the defendant was driving, a black Honda Civic, bearing the license plate number RDD5514. At the time that the vehicle stop was attempted, the defendant evaded the stop and fled back to his house, closed the gate, and ran into the house. ICE ERO have continued surveillance of the home, and its surroundings, since this encounter.

(6)　Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1253(a)(1)(C).

(7) The Defendant is a citizen and national of Honduras and not a native, citizen or national of the United States.

On April 21, 2025, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning this criminal complaint. On or about that day, Assistant U.S. Attorney Jay Hileman ((713) 703-9308) accepted this case for prosecution for a violation of 8 U.S.C. § 1253(a)(1)(C).

_____
Justin Vedder, Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Signed and sworn telephonically before me this 21st day of April, 2025, and I find probable cause.

_____
Dena Hanovice Palermo
United States Magistrate Judge
Southern District of Texas

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.
JOHAN JAVI VILLALTA-ALMENDAREZ

Case No. **4:25-mj-0238**

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOHAN JAVI VILLALTA-ALMENDAREZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Connived or conspired, or took any other action, designed to prevent or hamper or with the purpose of preventing or hampering the alien's departure pursuant to such, in violation of Title 8, United States Code, Section 1253(a)(1)(C).

Date: 04/21/2025

*Dena Palermo*
*Issuing officer's signature*

City and state: Houston, TX

Dena Hanovice Palermo, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442  (Rev. 01/09)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: _____